# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ERIKA L. GRUENERT,<br><br>Plaintiff,<br><br>v.<br><br>PARK POWER, LLC,<br><br>Defendant. | Case No. 1:20-cv-01796<br><br>Honorable Martha M. Pacold |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that ERIKA L. GRUENERT (the "Plaintiff") and PARK POWER, LLC, (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: July 20, 2020

Respectfully submitted,

**ERIKA L. GRUENERT**

By: */s/ Mohammed Badwan*

Mohammed Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8180
mbadwan@sulaimanlaw.com