**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| ERIKA L. GRUENERT, | |
| Plaintiff, | Case No. 1:20-cv-01796 |
| v. | Honorable Martha M. Pacold |
| PARK POWER, LLC, | |
| Defendant. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, ERIKA L. GRUENERT and the Defendant PARK POWER, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice as to Defendant PARK POWER, LLC, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: August 27, 2020              Respectfully Submitted,

ERIKA L. GRUENERT                   PARK POWER, LLC

*/s/ Mohammed O. Badwan*             */s/ Matthew A. Keilson (with consent)*
Mohammed O. Badwan                  Matthew A. Keilson
*Counsel for Plaintiff*              *Counsel for Defendant*
Sulaiman Law Group, LTD.            Kabat Chapman & Ozmer LLP
2500 S. Highland Ave., Ste. 200     171 17th St., NW
Lombard, Illinois 60148             Atlanta, Georgia 30363
Phone: (630) 575-8181               Phone: (404) 400-7300
mbadwan@sulaimanlaw.com              mkeilson@kcozlaw.com